TO: The United States District Court, Portland, Maine.

Re: Case # 2:19-CV-00222 GZS, etc.

Urgent
Time sensative

(I have run out of time, to proof read. ed)

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED FILED
2019 JUL 18 PM 4:13
DEPUTY CLERK

# Emergency Order / Injunction Requested

Risk to Life, ~~safety~~, Home, property, Food, shelter, & all / almost everything I own, in violation of my U.S. Constitutional Rights, God Almighty's Laws, other laws, ~~DEPUTY CLERK~~ And in violation of Due Process of Law. Etc.

[Everything I say is to the best of my knowledge, understanding, Religious beliefs, learning / language disability, ~~often~~ opinion, and opinion of the truth.]

Elizabeth @ Smith Pleasant Pt. Rd Cushing, Maine 04563

* My home (one of) of "greater than thirty years" is about to be illegally taken from ~~one~~. Inheritance theft and home theft Etc. &
As an American with documented disabilities, health problems, etc. having no working car, "hand to mouth", severely impoverished having no place to go, am about to be ~~rendered~~ made to be homeless.

Life and death, about to lose nearly all that I own, my home & property, food, safety, means of refrigeration, my physical health challenges, etc., as @ certain family have been stealing nearly everything from me, even since *prior* to Mom being murdered in a long term care facility, "morphine", "starvation", ~~&~~ other drugging etc. by agencies, ~~et al~~ & others. She wanted to live!! And I wanted her to & Julie wanted her to live, ma—

The extremes of heat in summer and cold in fall & winter, may be thrust U.S. Unconstitutionally upon me.

~~Our~~ House phone got shut off on me ~~to~~ by brother Robert, allegedly / apparently, ed more than ~~approx.~~ 5 weeks ago, nowhere to go; ~~etc~~ And Mom wanted ~~me~~ @ me to have my home(s) for the rest of my life, and to be financially covered ~~p~~ for, writing and evidence exist to this. [See EXPERT Foreignsic Analyst evidence verifying ~~~~ Mom's signature on multiple documents, and verifying my right to my home(s).
* God Almighty provided for me my home(s) My Mom and I, who were both raised Christian our whole lives (Mom's ~~ed~~ Dad was a minister), had a long history of providing for me homes, cars, food, clothing, & other needs throughout my life, wanted me to have my home(s).
I just got heat sick this very day, and had to head home.
* As an American with disabilities, the language process is harder for me, ~~and~~ and so much has gone severely wrong in past weeks. Continued:

Elizabeth @ Smith  Elizabeth H. Smith

As an American with Disabilities/Physical Handicaps and other health problems, Mom & Dad both for decades talked to and promised me that they wanted me financially & home, & otherwise fully provided for, and their full intent in word and a variety of ways, evidences, actions and more. And certain written evidences also exist.

They fully intended that their daughter with disabilities/physical handicaps, & health problems be fully covered for, provided for like they did my entire life. And more. They wanted to make sure I had my own funds and were extremely impressed with me as my ability to handle money, my carefullness, my resourcefullness, my intelligence and caring for others, my tremendous devotion and loyalty, "excellent reasoning abilities", my tremendous abilities helping them in their older years, as we, Mom, Dad & I, Elizabeth H. Smith, were a caring family unit for decades, as we, living together helped each other. I dedicated my life to helping my parents in their older years, and then when Dad died, it was me and Mom, and I helped more and more as they got older. They helped me & I helped me. A sister, among other compliments, said how tremendously I was at helping Mom and said that I was with Mom (helping her) nearly "24/7" [24 days a week, 24 hours a day]. She (my sister) said a lot of compliments to me.

This home IS my home (one of). It has been me and Mom and Dad using it as a family for approximately greater than 30 years.

I want the chance to prove my case to your court, have my opportunity to have full due process of law, U.S. Constitutional & other Rights, God Almighty-given rights, ADA (American with Disabilities & other Rights, etc. Continued

I have been a victim of severe "inheritance theft," and previously theft of my homes, belongings, tools, appliances, computer equipment, car, beautiful clothing, winter clothing, extremely important papers, records, binoculars, artwork, dog supplies (toys, etc), books, dishware, doodads, furniture (ex double-decker bed, chairs), collectables with extremely high value, projects & artwork that I did myself, rare valuable books, my writings & books I wrote, historical projects, and far more, just to mention a fraction of it, [various homes] and all of this even previous to Mom having been murdered. ["Wrongful death" term is commonly misused in our society, I believe in truth, "call it what it is", murder. My sister called it that "murder" also. We both knew and were horrified.] [We both tried to save her life!!!]

I was so busy advocating for Mom's rights she was victimized by siblings & facility unlawfully keeping her against her desire in long term care facilities approx. last few years, that I couldn't take as much time for my rights.

So, Mom & I were both victimized in past years severely. (Mom in a facility and me at home) I and Mom were both also victimized by severe economic abuse also, emotional abuse, deprivations of basic needs, "starvation", and more. Complex story. [Mom was in long term care facility (at this time, I at home)] prior to this, I and Mom were loyal to each other, lovingly sharing with each other, errands & beaches & pretty places together, and our worship of God Almighty and love of the beautiful creation together. Mom "thanked God every day for her gardens, flowers," according to her. Her Dad was an minister.

Please, your Honour, I don't want to lose my home and all I have left. Please help. Give me the ADA & Constitutional & God given chance to save my home. continued. Thank you. Elizabeth ?-?-smith

I, Born with physical handicaps so-called, Mom & Dad, Mom a psychiatric social worker, & Dad, an M.D. Doctor, physiatrist, etc. who also served as an MD in World War II, and who founded a physical medicine and rehabilitation unit, who believed in raising me to be a talented, creative, gifted, intelligent, able young person, they recognized my "physical handicap"/disability prior to age 2 years of age, and over the years helped in a variety of ways, testing, tutoring, talking with teachers to help them understand and more.

I got accepted into College with the understanding that they were to honour my ADA & other physical handicap/disability rights. I was an outstanding student in both grade school and college, being honoured with a number of award scholarships for outstanding citizenship to school and community, and the natural environment.

This sincere love for people and dedication continued through the years to being a tremendously loyal, loving, devoted, incredable, amazing, hardworking, helpful, intelligent daughter helping Mom and Dad in their older years, loyally and devotedly. Cooking, cleaning, repairing, partial caretaking (Mom & Dad also took care of themselves too).

I stood by my parents and their right to be in their/our own home in their older years, and not dumped into a facility. Sometimes certain siblings tried to pressure influence, persuade, mislead, and more Mom and Dad into going into a facility. Yet, Mom and Dad chose to remain in their own homes (Maine, VT, Florida) along with me. A Long history of some siblings being jealous and resentful of Mom and Dad helping me so much. Mom and Dad loved me and chose to help me, and I dedicated my life to them & help them more and more in their older years. Continued:

So, please your Honour, even though I know my <u>appeal</u> to the U.S. Court system, is supposed to protect me from the other side of the case taking action and my home is supposed to be legally safe, and by God Almighty's laws and the <u>U.S. Constitution</u> & <u>Freedom of Religion</u> & <u>other Federal & other laws</u>, <u>Supremacy Clause</u>, supposed to be keeping me safe, <u>though I properly notified the other side of the case on the same day that I filed my Appeal in your court</u>, (evidence exist to this), that the other side decided to try to illegally start to cause me to leave my home. (Just the other day, mid June) ⚹⚹ This here is U.S. Constitutionally, and under God's Laws (Freedom of Religion) and otherwise <u>my home</u>, and the famous <u>Supremacy Clause</u>, "Supreme Law of the land" <u>does pertain here</u>

Yet, my case is <u>under appeal</u> by me, & by Higher Laws of the Land, this <u>is</u> my home; <u>my brother Robert P. Smith, Jr.</u> (same name as Dad), has now been told personally that the case is in another "Appeal" so he can't do anything about it. (He can't do anything to me.) [His car paused on the road beside me briefly. I felt shaken and was shaking for hours after. He refered to the state court and apparently didn't <u>seem</u> to know that it was in an appeal.] Now he knows, in person.

So, please, your honour, please further protect me in my home, while I further work on this legal process. I have grounds to still do more on the state level, and federal level, and more.

⁕ There are a number of <u>U.S. Constitutional "Questions" & issues raised in my case</u>. And violations of Due Process of Law & disability rights affected, and civil liberty, etc.

Elizabeth Ⓒ Smith

My U.S. Constitutional Rights, Due Process of Law Rights, Disability & Physical Handicap & Health Problem Rights, and my Freedom of Religion, and Supremacy Clause Rights, and more have been violated within the Maine Courts system.

Originally, an almost totally false case by the other side was fabricated, using numerous falsehoods, false information based on other falsehoods, etc. I never personally received notification of the initial case, and then a tiny piece of family hearsay caught my ear, so I started calling around to courts and got an appeal in within the last 2 days allowable, on time, prior to the deadline.

Numerous due process of law rights, other court system rights, disability rights, and more, and clear "errors" of court, false claims by other side, and their case based on false information, occurred, and other systemic problems, and more. This continued from case regarding request for temporary injunction, my appeals processes, ADA accommodation needs, also cardiac needs, Lyme Disease, etc., and more, and involving later case, also I did not personally receive notification of. And then again an appeal process by me. (pro-se)

Severe poverty, unrepresented except by self (pro-se) with dyslexia reading disability, etc. and other physical handicap/disability, having no working car for past year, no means to receive mail, and now my landline phone is down for past numerous weeks (more than a month) has all made things much harder.

As an American with Disabilities & Health problems, this vicious cruelty by the other side, my brother Robert P. Smith Jr, and his lawyer(s), et al has caused enormous disruption, costs, and stress in my life, hard on my overall well-being and other activities I need to do in my life. continued.

My beautiful old traditional New England Historic sentimental home, where Mom and I loving nurtured each other, and Dad too when he was alive, is extremely dear to me.

The beautiful gardens and tree and shrubery blooming forth with life, that Mom planted over the years, and certain plantings I did, is tremendously important to me. The beauty of God Almighty's earth and my Mom's and my love for it, and the Beauty with which Mom and I shared this love and joy, is in time, gradually helping me heal. The horrendous tradgedy that my Mom suffered being illegally trapped in a brutal set of facilities (longterm care facilities), and her and I stolen from each other and our loving devotion helping each other, as two 2 amazing, intelligent, talented loving women helping each other together in the beauty of God Almighty's earth. And then, she was cataclismically thrust into a "World" of long term care facility entrappments, kidnapping, neglect, understaffing, physical & economic, & emotional abuse at phy facilities, starvation, drugging & mismedicating torture, "solitary confinement at times, bladder infections and deprival of communications, some family visitation, her phone(s) (and my phones loaned to her) tampered with, hidden, even stolen/taken, sometimes deprived of hospital & medical care, deprived of her from attending church, and with me, left to suffer sometimes excruciating deadly heat in the facility (sometimes), and deprival of numerous of her and MY Federal Rights and she'd plead "Help, help, help" into the hallway of the facility, as call buttons went unanswered. And, then eventually, she was premeditatively murdered in the facility. My brother Robert P. Smith Jr. was party to this, planner, etc. Now he's trying to dump his kid sister with disabilities out into the heat + cold homeless, illegally, continued.

More about the importance of my home.

- Siblings have been prior to Mom's death already been taking, throwing out, depriving me of almost everything I own. Severe hate crimes, abuse, neglect. This is all I have left. Sentimental memories, my paintings, my home shared with my Mom, decades of memories since before I was even born.
- My special times with my Mom and Dad in this home
- I have chemical allergies, and I can breath in my home. Modern toxic buildings and dwelling units are a toxic nightmare for me.
- Severely allergic to cigarettes, modern dwelling units typically have smoke residues, and chemical residues in their living units/apartments, hallways, grounds.
- As an American with Disabilities, I am more apt to get singled out & discriminated against and misunderstood and picked on in a modern dwelling unit.
- Various aspects of certain of my physical handicaps make those kinds of living situations not healthy nor doable for me.
- A number of other reasons, living in other settings would not be good for me.
- Then also it would be severely traumatic, harmful, and detrimental to my health and well-being to live in other dwellings. Nearly everything stolen from me & feeling displaced. And dumped.
- Further, shortage of housing and it takes long wait times to be accepted into programs, and more makes it not realistic.
- As an American with disabilities, I am more apt to get discriminated against for housing, more apt to be discriminated while in it, and more apt to be deprived of it and other services and programs.
- Born with distractability, I do not sleep as well in noisier settings nor do I do as well, day to day in such
- I have a beautiful home, where Mom wanted me to be. And I'm keeping it.

Additional serious reasons for my being in my own beautiful historic home, also exist.

I do **not** agree with my brother Robert, ~~Smith Jr.~~, nor anyone else taking any more from me. Thou shalt not steal. Thou shalt not steal. (Holy Bible.)(one of Greatest Commandments)

I have the legally God-given Right to be in my own home. My Mother intended it. My Mother put it into writing more than once. <u>These signatures have been expertly forensically verified.</u> And this **is** my home.

Mom **never ever** gave it to my brother Robert (Jr.) (same name as Dads), **nor** my sister Cindy, nor others. They already have homes. Robby has one in Yarmouth, 2 in Cushing, formally another in the southern USA, etc. Why would he want to <u>steal</u> mine too!!! Greedy, selfish, sick, and obviously mentally disturbed man. I wish the courts could mandate he go through counselling, abuse counselling, and counselling to help him understand that it was illegal and wrong for him to have his own Mom murdered and trapped in a long term care facilities. A variety of counselors, and not his former associates ~~~~ and not psychiatry, rather he should have Counsellors. And some skilled ones, that don't <u>fall</u> for his lies. Some that can nurture him and help heal him, and help him with his anger, emotions, and more.

This is my home. They got rid of while Mom was alive, her and my belongings and home in Florida, Vermont (most of) some from this home, etc. Continued.

Elizabeth @ Smith

I, to clarify; various laws protect my home(s) and property belongings, life and safety.

I have refered to a fraction of here. Others exist and have been known already to have saved offsprings homes when parent(s) die. The mere fact that the length of time we lived in, used, and considered this one of our (Mom, Dad, & me) homes per year each and every year for my whole life, and for Mom ever since she was a little child; and that Mom and Dad were helped by me living with them as a family unit for decades, and in there older years, helping them more and more and working for them on and around their / our homes, and I helped with rental buisiness; and the fact that I was born "physically handicapped" and "with disabilities"; and the fact that for decades I helped as a partial care taker ("nearly 24/7" quoting a sister); and our U.S. Constitutional Rights, Christian beliefs, and worship of God Almighty; and God's Laws; and the fact that the prescedent had already been set that fully shows an extremely long history of Mom and Dad providing for me throughout my life, is all extremely legally significant.

✱ These are all grounds for the courts to verify my home, and award me per Mom's want, my home. And to protect me from further being picked on, abused, and mistreated, and stolen from by this oldest brother, Robert P. Smith, MD. Sr. and/or any other family, or relatives. The home including the property it sits on and barn with my personal belongings in it and garden space for food and woods etc. are all precious to me.

✱ And, I also want my full inheritance, and also compensation/repayment for money stolen from me, belongings, etc., as I will need money for certain expenses. And, furthermore, Mom and Dad wanted me financially and otherwise covered for for my whole life.

• I dedicated my life to helping Mom and Dad in their older decades of life, and they me, and courts have been known to award the home to an offspring in such cases. This is my home!!

sat. June 15, 2019
etc.

✴ This emergency order, injunction, stay is requested to protect my home, belongings, property, and self & household, and such, etc. et al. as to allow time for my cases to be heard, for me to be allowed ADA (Americans with Disabilities Act) handicap accommodations, and more time to additionally present my case and be safe of life & property while further persuing legal actions, by me.

Even though, my appeal is supposed to protect me, and the opposing side was notified, I still request this further court protection. Thank you!

• An Appeal was filed by me stamped by the Court:

US DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2019 MAY 15 A 11:18

(A Copy given to:
RECEIVED
MAY 15 2019
Clerk's Office
Maine Supreme Judicial Court)

• Copy also mailed to opposing side: Same day from:
WALDOBORO ME     5/15/19
MAY 15 2019       1:35 PM

Proof/evidence of this available upon request; I may include a photocopy at this time, yet photocopying is expensive for me.

My brother and his lawyer, I have reason to believe had/have intended to try to illegally make me illegally leave, evict, me anyway leaving me only slightly over 2 weeks to react. Though their actions are illegal and also against U.S. Constitution and Supremacy Clause, God Almighty's Laws & my and my Mom's deeply held Christian beliefs, and more. (Mom now deceased) The other day I saw my brother Robert, as he pulled up alongside me in his car. (I was on foot.) He refered to the Maine Supreme Court; I let him know it is in another appeal again, and he can't do anything (to me), or similar and I let him know that the phone has not been working for greater than about 5 weeks. [Robert P. Smith JR (same name as Dad) never owned nor owns this place. NO he doesn't JM]

I didn't say much to him, as it was along the road and frankly it left me shaken and shaking for hours later, and upset to have seen him. (He has NEVER owned this property).
✴• I got my Appeal in, appealing the state of Maine in on time and in fact...
(continued)

sat. June 15, 2019,
etc.

\* • I got <u>my appeal</u> in, ~~appealing~~ the state of Maine, in on time and in fact early. [I mentioned, per ADA (Americans with Disabilities Act) & other needs, intention to include more (per ADA).

• I mentioned ADA & some of my accomodation needs. and need for ~~extensi~~ extension of deadlines, more time to read, write, prepare, etc.

I also in past weeks have been coping with other health problems, a case of Lyme disease (multiple tick bites), other health problems, some other crises, severe handicap discrimination, suddenly no phone (no way to call courts), ~~no~~ working car at all, head (ears ~~infection~~) (infection), and more. And other health challenges.

---

So, Your Honour;

I plead of you please save me and my home, and allow me the time to have my full due process of law and ADA (Americans with Disabilities) rights and other rights.

Please protect me.

I don't want to be stuck out there in the mosquitos and blackflies and ticks, fishers, "a bear" (reported in the region), city crime, rabid animals, criminals, cold nights, hot days, losing almost everything I own, <u>no</u> working car, nowhere to go, <u>not</u> even enough money for one night at a motel, just because a naughty ~~bro~~ oldest brother ~~would~~ and his lawyer would illegally and cruelly, go against his Mom's wishes and ~~~~ send out ~~~~ his kid sister with disabilities and health problems, and he steal all of her (my) the rest of belongings. Why is he so cruel?! I was the cute little loving kid who would run up to each of my siblings, him included, ~~and~~ after not seeing them for a long time and hug them. ~~when~~ Why is he so cruel as to have illegally had his own Mother trapped in a brutal set of long term care facilities, and then had her murdered in a facility. I am shocked. Please do <u>not</u> allow his abuse to go any farther. Protect my home and belongings + household from him, please. And I ~~~~ request caution from you. I stumbled on a falsified/false document in Panton, Vermont town hall. ~~It was not correct.~~ I saw previous to that the original ~~~~ The false document (notice) was seriously in error. ~~~~
~~that document was seriously wrong~~ ~~and~~ ~~in Panton~~

TO: United States District Court, Portland, Maine

(Pro-se, Informa Pauperis, ADA & other Disability Laws)

15 June 2019 @ 17 Monday

A <u>civil lawsuit</u> brought against Robert P. Smith, Jr. (same name as Dad), and (to also his lawyer) et al. [U.S. Constitutional Questions & issues raised by me.]

- **An emergency order (Injunction, stay)**, Life and death Risk to home, property, belongings, and personal safety; asked requested for Urgent — Less than 2 weeks time. Except for fact that an <u>Appeal has already also, [separate court action (in state courts)] been initiated (filed) by me</u>, so legally for this reason & other reasons my home & me should be safe.

- <u>Please see Injunction Request!</u> Urgently. Thank you.

※ • A case has been <u>appealed</u> from state of Maine courts to your Court — U.S. Constitutional & Federal Questions involved & other Federal Laws. Also Freedom of Religion issue.

※ • Separately, <u>this here</u> is a separate lawsuit, again involving U.S. Constitution, Supremacy Clause, Freedom of Religion, God Almighty's Laws, other Federal Laws, Disability Rights and more.

※ • I want all papers, materials, evidences, documents, etc. that have already been presented to your court in other cases, appeals, etc. by me to be included as part of <u>this</u> case as well, and as part of my testimony and case, etc. per ADA (Disability) & severe economic hardship. <u>Thank You.</u> ❀

- Please waive requirements for number of copies, if any, other court fees & expenses, etc. Thank You.

- Also, another court action *may* be also about to be done by me in the Maine Court system (yet I do <u>not</u> have legal council and need it).

※ Urgent need to save my home ※ and self ※ and belongings ※ Please see Urgent Emergency Order/Injunction/stay Request. HELP!!! Please. Thank you.

Elizabeth Smith

Elizabeth Smith
Pleasant Pt. Rd.
Cushing, Maine, etc.