**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| ELIZABETH SMITH, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STATE OF MAINE, )<br>)<br>Defendant )<br>) | No. 2:19-cv-00222-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 24, 2019, his Recommended Decision (ECF No. 18). Plaintiff filed her Objection to the Recommended Decision (ECF No. 19) on June 25, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 12) is **DENIED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 26th day of June, 2019.