# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ELIZABETH SMITH, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STATE OF MAINE, )<br>)<br>Defendant ) | No. 2:19-cv-222-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 23) filed July 8, 2019, the Recommended Decision is **AFFIRMED**.

After further review of Plaintiff's Complaint (ECF No. 1), it is **ORDERED** that the complaint is **DISMISSED** for failure to state a claim upon which relief can be granted.

                                                                                            /s/ George Z. Singal
                                                                                           United States District Judge

Dated this 31st day of July, 2019.